**Motion Granted; Vacated and Remanded and Memorandum Opinion filed July 14, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00514-CV

---

### KINGS HIGH RANCH, L.L.C., Appellant

### V.

### ULTIMATE KOBE BEEF, L.L.C., ALLISON MAE GODWIN AND BRUCE R. HEMMINGSEN, Appellees

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-0343**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 3, 2014. On July 6, 2015, the parties filed a joint motion to set aside the judgment and remand the case for entry of a settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed October 3, 2014, and we

remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.